UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

IN RE:     (Debtors' names)

Steven D Snowden

CHAPTER 13

CASE NO: 25-15040

# NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| | |
|---|---|
| **Business Name or Full Name of Creditor** (please print legibly or type):<br><br>TD Bank USA, N.A. | |
| **Old Payment Address** (or address to be replaced):<br><br>Target NB<br>Co Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | **New Payment Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>P.O. Box 93024<br>Las Vegas, NV 89193-3024 |
| **Old Notice Address** (or address to be replaced):<br><br>Target NB<br>Co Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | **New Notice Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>749 Gateway<br>Suite G-601<br>Abilene, TX 79602 |
| Date: 05/20/2026 | /s/ Jordan Morrison<br>**Signature of person submitting change of address**<br>Name: Jordan Morrison<br>Address: c/o Weinstein & Riley, P.S.<br>749 Gateway, Suite G-601<br>Abilene, TX 79602<br>Phone #: (877) 332-3543 |

**THIS CHANGE APPLIES TO (CHECK ONE): X       THIS CASE ONLY;
AT PRIOR ADDRESS.**

48267249